1  Philip H. Stillman, Esq. SBN# 152861
2  STILLMAN & ASSOCIATES
   3015 North Bay Road, Suite B
3  Miami Beach, Florida 33140
   Tel. and Fax:  (888) 235-4279
4  pstillman@stillmanassociates.com

5  Attorneys for defendant
   BLUE SKY HOSPITALITY INVESTMENT INC.

### UNITED STATES DISTRICT COURT FOR THE
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>                    Plaintiff,<br><br>vs.<br><br>BLUE SKY HOSPITALITY INVESTMENT INC., a California corporation dba Best Western Inn at Palm Springs,<br><br>                    Defendant. | **Case No. 5:20-cv-02425-JGB-SHK**<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT**<br><br>**Date:       March 1, 2021**<br>**Time:       9 a.m.**<br>**Courtroom: 1**<br>        **Riverside Courthouse**<br><br>Hon. Jesus G. Bernal |

Notice of Motion and Motion to Dismiss Complaint

**TO PLAINTIFF AND HER ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that on March 1, 2021, at 9 a.m. in Courtroom 1 of the Central District of California Federal Court (Riverside), Defendant will and hereby does move this Court for an Order dismissing the Complaint for lack of standing and failure to state a claim, pursuant to Fed. R. Civ. P. 12(b)(1) and (6).  This motion is brought on the grounds that the complaint is barred as a matter of law by res judicata, collateral estoppel, the statute of limitations and the signed settlement agreement between the parties. Furthermore, THERESA BROOKE ("Plaintiff") lacks sufficient Article III standing to bring the claims asserted in the complaint under the Americans with Disabilities Act and fails to state a claim.  Additionally, if the complaint is not dismissed, the Court should decline to decline to exercise jurisdiction.

Counsel have conferred on this motion and were unable to reach agreement.

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, the Declaration of Craig Gilmore, the Request for Judicial Notice and the pleadings and papers on file herein, and upon such other matters as may be presented to the Court at the time of the hearing, if any.

Respectfully Submitted,

STILLMAN & ASSOCIATES

Dated: January 31, 2021

By:_____
Philip H. Stillman, Esq.
Attorneys for defendant BLUE SKY HOSPITALITY INVESTMENT INC.

## PROOF OF SERVICE

I, the undersigned, certify under penalty of perjury that on February 1, 2021 or as soon as possible thereafter, copies of the foregoing Motion to Dismiss, Memorandum of Points and Authorities, Declaration of Craig Gilmore the Request for Judicial Notice and proposed Order were served electronically by the Court's ECF notice to all persons/entities requesting special notice or otherwise entitled to the same.

By: /s/ *Philip H. Stillman*
Attorneys for BLUE SKY HOSPITALITY INVESTMENT INC.